SCOTT E. BRADFORD
United States Attorney
District of Oregon
**PETER D. SAX**
Peter.Sax@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
Telephone: (503) 727-1000
Attorneys for the United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:25-cr-00222-IM** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **TYRONE LAMONT ALLEN, JR.** | |
| **Defendant.** | **Sentencing: August 3, 2026, at 2:00 p.m.** |

The government recommends a sentence of thirty-three months' imprisonment.

## **BACKGROUND**

On April 15, 2025, Portland police officers stopped a Chevrolet Impala that they believed was connected to a shooting that had occurred days earlier. There were two men in the car, with defendant as the front-seat passenger, and Darrien Etherly as the driver. Officers searched Etherly and defendant and both possessed guns.[1] Defendant had a stolen Taurus pistol in his waistband. Defendant was indicted federally in May 2025 for felon in possession of a firearm

---

[1] Darrien Etherly was charged federally for felon in possession of a firearm, 25-CR-00316-IM. This Court sentenced him to 46 months' imprisonment.

**Government's Sentencing Memorandum**                                    **Page 1**

and was arrested in this case in August 2025.  On November 5, 2025, defendant pleaded guilty to the indictment.

At the time of defendant's plea, the parties executed a plea agreement.  Its salient terms are as follows:

- **Base Offense Level**: The government will argue that the applicable base offense level is 20, pursuant to USSG § 2K2.l(a)(4), prior to adjustments.  Defendant may disagree.

- **Gun Bump**: a two-level increase applies because the gun was stolen.

- **Acceptance of Responsibility**: A three-level downward reduction applies.

- **3553(a) Downward Variance**: a three-level downward variance applies because defendant accepted responsibility prior to the first trial setting.

- **Sentencing Recommendation**: The government will recommend a sentence of 33 months' imprisonment.  Defendant may request an additional downward variance.

- **Waiver of Appeal/Post-Conviction Relief**: Defendant agreed to waive appeal and post-conviction relief with the usual exceptions.

The Court ordered a pre-sentence report (PSR) and sentencing is now scheduled for August 3, 2026.

## GOVERNMENT'S SENTENCING RECOMMENDATION

The government agrees with calculations in the PSR regarding the base offense level (20), application of the stolen gun enhancement, and defendant's criminal history calculations (CHC IV).  A three-level reduction for acceptance of responsibility and a three-level downward variance for prompt resolution results in a total adjusted offense level of sixteen.  At CHC IV, the advisory guidelines range is 33-41 months' imprisonment.  As set forth in the plea agreement, the government recommends a sentence of 33 months' imprisonment.

**Government's Sentencing Memorandum**                                                    **Page 2**

The government opposes any further downward variance as unwarranted. Defendant unlawfully possessed a stolen handgun while on post-prison supervision for Attempted Murder. He has been committing serious felony crimes for many years, and his likelihood of recidivating is high. For the safety of the community, the government requests a sentence of 33 months.

Dated this 29th day of July 2026.

Respectfully submitted,
SCOTT E. BRADFORD
United States Attorney

*/s/ Peter D. Sax*
PETER D. SAX
Assistant United States Attorney